UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ZORAN KURTUMA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security, | ) |
| | ) |
| and | ) |
| | ) |
| EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services, Department of Homeland Security, | )    No. 4:06-CV-00569 CEJ |
| | ) |
| and | ) |
| | ) |
| ALFONSO AGUILAR, Chief of Office of Citizenship, Department of Homeland Security, | ) |
| | ) |
|        Defendants. | ) |

**ORDER**

    On March 14, 2007, defendants submitted a Memorandum in Support of their Motion to Dismiss. The supporting documents [Exhibits A and G] contain birth dates of parties and non-parties and home addresses of non-parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers,

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to the defendants' Memorandum in Support of their Motion to Dismiss [# 16].

**IT IS FURTHER ORDERED** that defendants shall have until **March 26, 2007**, to re-file their Memorandum in Support of their Motion to Dismiss, redacted in compliance with the Administrative Order of October 8, 2004.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com