```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ZORAN KURTUMA,  )
  )
        Plaintiff,  )
  )
  vs.  )
  )
MICHAEL CHERTOFF, Secretary of  )
Department of Homeland  )
Security, et al.,  )
  )
        Defendants.  )    No. 4:06-CV-00569 CEJ

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion [# 24] for an extension of time to respond to defendants' motion to dismiss, or alternatively, for summary judgment is **granted.** Plaintiff's response is due on **May 7, 2007.**

                                      _____
                                      CAROL E. JACKSON
                                      UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007.